District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PADMAJA BOYANAPALLI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>Defendants. | No. 2:23-cv-1259-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration on:<br>November 27, 2023 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for an additional 30 days. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and Freedom of Information Act ("FOIA") seeking, *inter alia*, (1) to compel the U.S. Citizenship and Immigration Services ("USCIS") and the State Department to adjudicate their § 1154(l) request and complete processing their immigrant visa applications; and (2) to compel Defendants to produce all responsive documents to Plaintiffs' FOIA requests. For good cause, the parties request that the Court hold this case in abeyance until December 29, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION        - 1
(23-cv-1259-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  With additional time, this case may be resolved without the need of further judicial
2  intervention. Since the last filing, USCIS approved Plaintiffs' § 1154(l) request and informed
3  Plaintiffs as previously agreed. Thereafter, USCIS notified the State Department of the
4  adjudication. Although Plaintiffs have been seeking an adjudication on their visas for two and a
5  half years, the Visa Bulletin reflects that the priority date for Plaintiffs' visa petition recently
6  retrogressed. Defendants contend that Plaintiffs are not eligible for visa issuance because their
7  priority dates are not current.

8  The parties are continuing to discuss how to proceed to either resolve the litigation or
9  streamline any issues that may be litigated. Accordingly, the parties respectfully request that the
10 instant action continue to be stayed until December 29, 2023. The parties will submit a joint status
11 report on or before December 29, 2023.

12 Dated: November 27, 2023                              Respectfully submitted,

13                                                      TESSA M. GORMAN
14                                                      Acting United States Attorney

15                                                       *s/Michelle R. Lambert*
                                                        MICHELLE R. LAMBERT, NYS #4666657
16                                                      Assistant United States Attorney
                                                        United States Attorney's Office
17                                                      1201 Pacific Avenue, Suite 700
                                                        Tacoma, Washington 98402
18                                                      Phone: 253-428-3824
19                                                      Email: michelle.lambert@usdoj.gov
                                                        *Attorneys for Defendants*
20

21                                                      ***I certify that this memorandum contains***
                                                        ***331 words, in compliance with the Local***
22                                                      ***Civil Rules.***

23                                                      *s/ Whitney C. Wootton*
                                                        WHITNEY C. WOOTTON, WSBA#54074
24

25                                                      *s/ Devin T. Theriot-Orr*
                                                        DEVIN T. THERIOT-ORR, WSBA #33995
26                                                      Open Sky Law, PLLC
                                                        20415 72nd Ave S., Suite 110
27                                                      Kent, WA 98032

Phone: 206-962-5052
Email: whitney@opensky.law
devin@opensky.law
*Attorneys for Plaintiffs*

STIPULATED MOTION      - 3
(23-cv-1259-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The case is held in abeyance until December 29, 2023.  The parties shall submit a joint status report on or before December 29, 2023.  It is so **ORDERED**.

DATED this 27th day of November, 2023.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION    - 4
(23-cv-1259-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970