District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PADMAJA BOYANAPALLI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>Defendants. | No. 2:23-cv-1259-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>December 27, 2023 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for an additional 30 days. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and Freedom of Information Act ("FOIA") seeking, *inter alia*, (1) to compel the U.S. Citizenship and Immigration Services ("USCIS") and the State Department to adjudicate their § 1154(l) request and complete processing their immigrant visa applications; and (2) to compel Defendants to produce all responsive documents to Plaintiffs' FOIA requests. For good cause, the parties request that the Court hold this case in abeyance until January 29, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION            - 1
23-cv-1259-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With additional time, this case may be resolved without the need of further judicial intervention. The upcoming Visa Bulletin for January 2024 shows that Plaintiffs' priority dates will be earlier than the final action date as of January 1, 2024. This means that Plaintiffs' case is current, and they may be eligible for visa issuance. The State Department has provided Plaintiffs with instructions on how to schedule their interviews at the U.S. Consulate General in Mumbai, India. It is anticipated that these interviews will be scheduled in January. Plaintiffs may renew their applications for their immigrant visas during their consular interviews. If the consular officer issues visas to Plaintiffs, the parties agree that this case will be dismissed.

Accordingly, the parties respectfully request that the instant action continue to be stayed until January 29, 2024. The parties will submit a joint status report on or before January 29, 2024.

Dated: December 27, 2023                    Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 335 words, in compliance with the Local Civil Rules.***

*s/ Whitney C. Wootton*
WHITNEY C. WOOTTON, WSBA#54074

*s/ Devin T. Theriot-Orr*
DEVIN T. THERIOT-ORR, WSBA #33995
Open Sky Law, PLLC
20415 72nd Ave S., Suite 110
Kent, WA 98032
Phone: 206-962-5052

STIPULATED MOTION                    - 2
23-cv-1259-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Email: whitney@opensky.law
devin@opensky.law
*Attorneys for Plaintiffs*

STIPULATED MOTION     - 3
23-cv-1259-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED]** ORDER

The case is held in abeyance until January 29, 2024.  The parties shall submit a joint status report on or before January 29, 2024.  It is so **ORDERED**.

DATED this 27th day of December, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION                - 4
23-cv-1259-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970